**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1297**

---

HUI MINN LEE,

　　　　　Plaintiff - Appellant,

　　　v.

MARKET AMERICA, INC.,

　　　　　Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:18-cv-01046-WO-JLW)

---

Submitted:  September 8, 2022　　　　　　　　Decided:  September 12, 2022

---

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Hui Minn Lee, Appellant Pro Se.　Camilla Frances DeBoard, TEAGUE, ROTENSTREICH, STANALAND, FOX & HOLT, P.L.L.C., Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hui Minn Lee appeals the district court's judgment entered in favor of Market America, Inc., on Lee's retaliation and discrimination claims, brought pursuant to 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and North Carolina's Equal Employment Practices Act, N.C. Gen. Stat. §§ 143.422.1 to 143.422.3.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment.  *See Lee v. Market Am., Inc.*, No. 1:18-cv-01046-WO-JLW (M.D.N.C. Feb. 16, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*